UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D. FORD,<br><br>                  Plaintiff,<br><br>      v.<br><br>SLYVESTER WILLIAMS,<br><br>                  Defendant. | 1:24-cv-00532-JLT-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in this civil case, Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court will direct the Clerk of Court to send Plaintiff the standard application to proceed *in forma pauperis*.

Accordingly, IT IS ORDERED that:

1. The Clerk of Court shall send Plaintiff the standard form application to proceed *in forma pauperis*.

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action.

\\\
\\\
\\\

1

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**June 28, 2024**__          /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE