1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    MARCEL D. FORD,                          Case No. 1:24-cv-00532 JLT EPG (PC)

12            Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS, DENYING
13        v.                                   PLAINTIFF'S APPLICATIONS TO
                                               PROCEED IN FORMA PAUPERIS, AND
14    SLYVESTER WILLIAMS,                      DIRECTING PLAINTIFF TO PAY THE
                                               FILING FEE WITHIN 30 DAYS
15            Defendant.
                                               (Docs. 7, 12)
16

17            Marcel D. Ford, who is confined at Mule Creek State Prison, seeks to proceed *in forma*

18    *pauperis* in this action, in which he alleges the defendant—an inmate at Kern Valley State Prison

19    —violated his civil rights.  (Docs. 1, 2.)  Reviewing Plaintiff's litigation history, the magistrate

20    judge identified four actions that qualified as strikes under 28 U.S.C. § 1915(g).  (Doc. 12 at 3.)

21    In addition, the magistrate judge found Plaintiff did "not allege any specific facts demonstrating

22    ongoing serious physical injury or facts evidencing the likelihood of imminent serious physical

23    injury."  (*Id.* at 5.)  Therefore, the magistrate judge found the imminent danger exception to

24    Section 1915 does not apply and recommended that the Court deny the motion to proceed *in*

25    *forma pauperis*.  (*Id.* at 6.)

26            The Court served the Findings and Recommendations on Plaintiff and notified him that

27    any objections were due within 30 days.  (Doc. 12 at 6.)  The Court advised Plaintiff the "failure

28    to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*,

1   citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  Plaintiff did not file any

2   objections and the time to do so has passed.

3          According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

4   Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

5   are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

6          1.      The Findings and Recommendations filed on January 21, 2025 (Doc. 12) are

7                  **ADOPTED** in full.

8          2.      Plaintiff's motion to proceed *in forma paupers* (Doc. 7) is **DENIED.**

9          3.      Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full

10                 the $405.00 filing fee if he wishes to proceed with his action.

11  **Plaintiff is advised that failure to pay the required filing fee as ordered will result in**

12  **the dismissal of this action without prejudice.**

13

14  IT IS SO ORDERED.

15      Dated:   **February 27, 2025**

        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2